CHARLES SHANKROFF, Appellant, v. FIORELLO H. LAGUARDIA, Respondent.— Order granting defendant's motion for judgment dismissing the amended complaint on the ground that it does not state facts sufficient to constitute a cause of action, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CALNY, INC., Appellant, v. MARTY MAY, Respondent, Impleaded with Others. — Order granting motion of defendant-respondent for judgment on the pleadings dismissing the complaint against him, with leave to the plaintiff to plead over in equity, and order granting plaintiff's motion for reargument and adhering to the original decision unanimously modified by permitting plaintiff to plead over in an action at law, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER DOWNES, Appellant.— Judgment convicting defendant of unlawfully possessing policy slips and of unlawfully keeping a room used for gambling unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Estate of VALENTINE MYDLOWSKA, Deceased. DINKFRAN REALTY CORPORATION and Another, Appellants; VICTORIA MYDLOWSKA, as Administratrix, etc., Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

VICTORIA MYDLOWSKA, as Administratrix, etc., of VALENTINE MYDLOWSKA, Deceased, Respondent, v. DINKFRAN REALTY CORPORATION and Another, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

ROMEO DISTRIBUTING Co., INC., Respondent, v. SOCIETA ANONIMA LUCCHESE OLI & VINI OF LUCCA, a Foreign Corporation Existing under the Laws of the Kingdom of Italy, Operating as Salov, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

MINNA GREEN, Respondent, v. RUBIN GREEN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Dore, JJ.

ROYAL INDEMNITY COMPANY, Appellant, v. PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

JULIAN OLLENDORFF, Appellant, v. THE WANDER COMPANY and Others, Defendants, Impleaded with BLACKETT, SAMPLE & HUMMERT, INC., and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.